AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| Victor Triunfel Rodriguez ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 23-cv-04823-AS |
| Adolfo Meat Market Corp. and Eucebio Adolfo Martinez ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants

Date: 08/08/2023

*Attorney's signature*

Martin E Restituyo, Esq
*Printed name and bar number*

Law Offices of Martin E Restituyo, P.C.
1325 Avenue of the Americas, 28th Floor
New York, New York 10019
*Address*

restituyo@restituyolaw.com
*E-mail address*

(212) 729-7900
*Telephone number*

(212) 729-7490
*FAX number*