UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTOR TRIUNFEL RODRIGUEZ,

                Plaintiff,

-against-

ADOLFO MEAT MARKET CORP., and
EUCEBIO ADOLFO MARTINEZ,

                Defendants.

23-CV-4823 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The Court scheduled a conference in this matter to be held on January 4, 2024, at 2:30 PM. Dkt. 25. According to the Court's Individual Practices, requests for adjournments must be made at least two business days prior to the schedule appearance. Despite this requirement, Defendants submitted a letter requesting an adjournment the morning of the conference. Dkt. 26. The Court did not adjourn this conference, but nevertheless, counsel for Plaintiff did not appear.

The conference is therefore rescheduled to **January 8, 2024, at 2:30 PM** in Courtroom 15A, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: January 5, 2024
       New York, New York

                                              ARUN SUBRAMANIAN
                                              United States District Judge